Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000433
03-JUL-2013
01:38 PM

NO. CAAP-12-0000433

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I


THE BANK OF NEW YORK MELLON
fka THE BANK OF NEW YORK AS TRUSTEE FOR
THE CERTIFICATE-HOLDERS CWABS, INC., ASSET-BACKED
CERTIFICATES, SERIES 2007-BC1, Plaintiff-Appellee,
v.
DAVID VELEZ, JOHN DOE OR JANE DOE;
ALL PERSONS RESIDING WITH AND ANY PERSONS
CLAIMING BY AND THROUGH OR UNDER THEM, Defendants-Appellants


APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
SOUTH KOHALA DIVISION
(CIVIL NO.3RC11-1-208H)


ORDER OF CORRECTION
(By: Leonard, J., for the court[1]/)


IT IS HEREBY ORDERED that the Summary Disposition Order filed on May 16, 2013, is corrected by replacing the date of "January 24, 2012" with "April 23, 2012" in the last paragraph on page 3 at line 18.

---

[1]/ Nakamura, Chief Judge, Foley and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:   Honolulu, Hawai'i, July 3, 2013.

FOR THE COURT:

Associate Judge